**Exhibit A to the Complaint**

**Location:** Dallas, TX                                                                                               **IP Address:** 97.99.46.6
**Total Works Infringed:** 51                                                                                         **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 6739A9370F07E88D3ED50D0232EFB3C2EFE6ECC4 | Vixen | 07/06/2018 00:01:54 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 2 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | Blacked Raw | 05/07/2018 00:28:21 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 3 | 065ECDC9915AB2E005670678E0228FD89F40C1DE | Vixen | 10/03/2017 00:15:28 | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 4 | 154B4A69FFE2BB86ED95D4CCCF1E2B95252B7179 | Tushy | 07/15/2018 20:37:31 | 07/15/2018 | 07/19/2018 | 16822146803 |
| 5 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/17/2017 22:20:14 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 6 | 17BF15EC3D53412E81C27027F379A0E1884268A5 | Tushy | 01/31/2018 20:13:41 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 7 | 1955DF5BFBEC5C70C682AE206E2209755F572760 | Blacked | 06/19/2017 02:56:29 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 8 | 1B2AFAAC46BCC7469CA7827791B34D374375CBC5 | Blacked | 02/20/2018 06:32:07 | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 9 | 1D2FD532FA5B617A184A7544DBE4E872B1D9D43F | Vixen | 01/27/2018 23:43:38 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 10 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/12/2018 19:25:44 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 11 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 10/04/2017 00:15:54 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 12 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/20/2017 04:10:19 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 13 | 3945FEF635D609C3FB77DD4762FC2570E7E12D7C | Blacked | 05/21/2017 20:55:02 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 14 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | Blacked Raw | 03/11/2018 22:19:42 | 03/08/2018 | 03/15/2018 | 16490950909 |
| 15 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 12/17/2017 21:55:33 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 16 | 59E3177605E126975D3EFD1D354C228B7D3751BA | Blacked | 07/15/2018 22:41:05 | 07/14/2018 | 07/19/2018 | 16822264220 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 5B12F64BD098DA3159668012BD07910FBEA288C9 | Blacked | 05/29/2017 20:15:39 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 18 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | Blacked Raw | 06/17/2018 21:51:08 | 06/16/2018 | 06/30/2018 | 16761900312 |
| 19 | 5FC784E1FED4287EBAD16BC9F3C36F204FCA928E | Tushy | 05/29/2017 23:43:37 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 20 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | Blacked | 04/21/2018 02:57:29 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 21 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 09/05/2017 00:18:22 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 22 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | Blacked | 05/22/2018 03:21:29 | 05/20/2018 | 06/30/2018 | 16761912270 |
| 23 | 7033337C9F53A2B227E7CDAD29B4166188C53E5C | Blacked | 04/04/2018 00:17:37 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 24 | 7ABEF2110AAB24D772A31B91D994EE0E2052E873 | Blacked | 06/17/2018 22:26:49 | 06/14/2018 | 06/30/2018 | 16758501749 |
| 25 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/25/2018 02:11:01 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 26 | 842B57BB37085FDEB841E25E2337B90905E20C4E | Vixen | 09/22/2017 00:14:26 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 27 | 8B52FD7A90E10A36119BF71791AE13499BB0C147 | Tushy | 05/04/2017 09:00:42 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 28 | 8B9BBD0153F86F65E3FEA9D143443E7D30E65D79 | Tushy | 08/10/2017 01:32:04 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 29 | 8CFDB02221651C364F6C9ED5B81AE5E08FA06FA1 | Vixen | 06/11/2018 06:35:51 | 06/08/2018 | 06/30/2018 | 16761912458 |
| 30 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 06/24/2018 19:25:43 | 03/23/2018 | 04/07/2018 | 16490992283 |
| 31 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 08/31/2017 23:07:54 | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 32 | 98F09643766D5D561E986EFEB5BBA4F6BE98517E | Tushy | 06/28/2018 04:36:45 | 06/25/2018 | 07/15/2018 | 16822264279 |
| 33 | 9A8C78601A0284563EF67CC7077F8E8078462229 | Blacked | 06/26/2017 19:46:43 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 34 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/19/2017 01:20:50 | 09/18/2017 | 10/09/2017 | PA0002086139 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 9E23D180CE13A745D888960C51567F094143E3F7 | Tushy | 06/25/2018 02:10:21 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 36 | ADE1368B6E46C601134E08553491193B57B6B7C9 | Blacked Raw | 03/18/2018 22:52:18 | 03/18/2018 | 04/07/2018 | 16490950543 |
| 37 | C30C57082B7ED4DE9E6DF80AF81583242AB65A61 | Blacked Raw | 03/26/2018 23:10:18 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 38 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 02/03/2018 21:35:57 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 39 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | Tushy | 05/21/2018 03:35:50 | 05/16/2018 | 05/19/2018 | 16665887690 |
| 40 | E052A332B9097369140ED290E5B7EE8CF69FB2A1 | Tushy | 06/17/2018 21:14:32 | 06/15/2018 | 06/30/2018 | 16758501818 |
| 41 | E336DA33BF1D439EAEA80D679CBB3A1C5784C7EF | Blacked Raw | 12/19/2017 01:56:21 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 42 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/10/2017 02:04:01 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 43 | E5A20F3F6CD2319AE627884CA99BE8CAC0049916 | Vixen | 06/24/2018 19:35:18 | 03/15/2018 | 04/07/2018 | 16490992332 |
| 44 | E71C33A3851296B070718F00435BA9A8256CC54C | Vixen | 08/22/2017 23:47:03 | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 45 | EBBFDE5C33CC573DC3F103765B8680C1F562BE87 | Blacked | 01/16/2018 02:14:52 | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 46 | EC033492E93572F9A38F165C56FC88DDD20FCFE0 | Tushy | 03/13/2018 03:03:28 | 03/02/2018 | 03/15/2018 | 16490951027 |
| 47 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/24/2017 23:35:56 | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 48 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | Blacked | 08/26/2017 18:32:02 | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 49 | FC6C3F4348C53D3DC1DDD5949FAF4EB3399C6363 | Tushy | 05/12/2018 03:53:26 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 50 | FCF51DFF0FB1B972977653287601CFA39B5FBB94 | Tushy | 04/13/2018 00:38:57 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 51 | FDA6F2B654640FD8E18B02888B218DC0E952DCD8 | Vixen | 02/03/2018 04:58:07 | 01/29/2018 | 03/02/2018 | PA0002104878 |